■ SUSAN KAMIL, Respondent, v DAVID RICHENTHAL, Appellant. [931 NYS2d 505]—

Concur—Mazzarelli, J.P., Saxe, Renwick, DeGrasse and Richter, JJ. **[Prior Case History: 2010 NY Slip Op 31553(U).]**